1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Gomez-Perez
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           )   Case No. 08mj2073
                                       )
12         Plaintiff,                  )
                                       )
13 v.                                  )
                                       )   **NOTICE OF APPEARANCE**
14 **NOEL GOMEZ-PEREZ,**               )
                                       )
15         Defendant.                  )
                                       )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                         Respectfully submitted,
21 Dated: July 10, 2008                    _s/ James M. Chavez_____
                                           Federal Defenders of San Diego, Inc.
22                                         _james_chavez@fd.org_
23
24
25
26
27
28

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Gomez-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2073 |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **NOEL GOMEZ-PEREZ**, | ) | |
| Defendant. | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **UNITED STATES ATTORNEY**
   efile.dkt.gc1@usdoj.gov,

Dated: July 10, 2008                     s/ *James M. Chavez*
                                         JAMES M. CHAVEZ
                                         Federal Defenders of San Diego, Inc.,
                                         225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         e-mail: james_chavez@fd.org