AUG - 5 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>        Plaintiff,            )<br>                               )<br>   v.                          )<br>                               )<br>NOEL GOMEZ-PEREZ,              )<br>                               )<br>        Defendant.             )<br>_____) | Criminal Case No. 08CR2535-BTM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about __11/06__, within the Southern District of California, defendant NOEL GOMEZ-PEREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CJB:kmm:San Diego
7/22/08

                                    Count 2

On or about August 26, 2007, within the Southern District of California, defendant NOEL GOMEZ-PEREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/5/08

KAREN P. HEWITT
United States Attorney

*[signature]* fer
CARLA J. BRESSLER
Assistant U.S. Attorney